IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01107-AP

SHEERAH HARRIS,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Joseph A. Whitcomb, Esq
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO  80204
303-534-1954
303-534-1949 (facsimile)
Joe@rmdlg.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

- 1 -

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

 **A.     Date Complaint Was Filed:  April 25, 2013**

 **B.     Date Complaint Was Served on U.S. Attorney's Office: September 5, 2013**

 **C.     Date Answer and Administrative Record Were Filed: October 31, 2013**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

 **A.     Plaintiff's Opening Brief Due:  December 27, 2013**

 **B.     Defendant's Response Brief Due:  January 27, 2014**

 **C.     Plaintiff's Reply Brief (If Any) Due: February 10, 2014**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B. **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. **( )** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. **( X )** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 5<u>th</u> day of November, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

UNITED STATES ATTORNEY

APPROVED:

John F. Walsh
United States Attorney

| | |
|---|---|
| s/ Joseph A. Whitcomb | By: s/Allan D. Berger |
| 402 W. 12th Street | Special Assistant U.S. Attorney |
| Rocky Mountain Disability Law Group | 1001 17th Street |
| 1391 Speer Blvd., Suite 705 | Denver, CO 80202 |
| Denver, CO 80204 | 303-844-2149 |
| 303-534-1954 | 303-844-0770 (facsimile) |
| 303-534-1949 (facsimile) | Allan.berger@ssa.gov |
| Joe@rmdlg.com | Attorneys for Defendant |